No. 76-6541. STAGE v. JAGO, CORRECTIONAL SUPERINTEND-
ENT. C. A. 6th Cir. Certiorari denied.

No. 76-6543. LEE v. EWING, COLE, ERDMAN & EUBANK ET
AL. C. A. 3d Cir. Certiorari denied.

No. 76-6550. CLARK v. PAYNE ET AL. C. A. D. C. Cir.
Certiorari denied.

No. 76-6551. HAUGEN v. TAYLOR ET AL. Sup. Ct. Nev.
Certiorari denied.

No. 76-6555. GRIFFIN v. TEXAS EMPLOYMENT COMMIS-
SION ET AL. C. A. 5th Cir. Certiorari denied.

No. 76-6563. AMARANTE-JORDAN v. WORKERS' COMPENSA-
TION APPEALS BOARD ET AL. Sup. Ct. Cal. Certiorari denied.

No. 76-6623. JOHNSTON ET AL. v. UNITED STATES. C. A.
5th Cir. Certiorari denied.

No. 76-6635. TURNER v. UNITED STATES. C. A. 8th Cir.
Certiorari denied.

No. 76-6650. MONTGOMERY v. JAGO, CORRECTIONAL SUPER-
INTENDENT. C. A. 6th Cir. Certiorari denied.

No. 76-6658. MEERT v. UNITED STATES. C. A. 7th Cir.
Certiorari denied.

No. 76-6662. ZARATTINI ET AL. v. UNITED STATES. C. A.
7th Cir. Certiorari denied.

No. 76-6663. WILLIAMS v. UNITED STATES. C. A. 3d Cir.
Certiorari denied.

No. 76-6664. WORD v. UNITED STATES. C. A. 9th Cir.
Certiorari denied.